IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DONNA NAGRABSKI,

      Appellant,

v.

BEVERLY WILSON, FRED WILSON, AND RICHARD NAGRABSKI,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0451

_____/

Opinion filed July 9, 2015.

An appeal from the Circuit Court for Walton County.
W. Howard LaPorte, Judge.

William J. Ritchie of Pleat, Perry & Ritchie, P.A., Destin, for Appellant.

Clayton B. Adkinson of Adkinson Law Firm, LLC, DeFuniak Springs, for Appellees.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., BENTON and LEWIS, JJ., CONCUR.